UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 16-cr-40036-TSH |
| | ) | |
| JENIFFER TOLEDO, and | ) | |
| AMINA YOUNG, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(c)

The United States of America and defendants Jennifer Toledo and Amina Young (collectively "the defendants"), through their respective counsel, hereby submit this joint memorandum addressing Local Rule 116.5(c) in advance of the final status conference scheduled for March 9, 2017.

**I.      Local Rule 116.5(c)(1)**

Defendant Jennifer Toledo requests that her matter be transferred to the District Court for a Rule 11 hearing.

**II.      Local Rule 116.5(c)(2)**

On December 8, 2016 and December 15, 2016, the government produced automatic discovery as required by Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts.   Defendant Amina Young filed a motion for additional discovery on March 6, 2017.   The government is in the process of responding to that discovery motion pursuant to Local Rule 116.3(i).

Respectfully submitted,

JENNIFER TOLEDO,                          WILLIAM D. WEINREB
                                         ACTING UNITED STATES ATTORNEY

/s/ Leonardo Angiulo                By:   /s/ Greg A. Friedholm
Leonardo A. Angiulo, Esq.                 Greg. A. Friedholm
Angiulo Law Office                        Assistant United States Attorney
370 Main Street                           595 Main Street
Worcester, Massachusetts 01608            Worcester, Massachusetts 01608


AMINA YOUNG,


/s/ Joan Fund
Joan Maffeo Fund, Esq.
Fund & FitzGerald
191 Sumner Street
Newton Centre, Massachusetts 02459


Dated: March 8, 2017


## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


                                         /s/ Greg A. Friedholm
                                         Greg A. Friedholm
                                         Assistant U.S. Attorney


Date: March 8, 2017